1014

[No. 22643-0-II.   Division Two.   April 16, 1999.]

MARK HOWARD, ET AL., *Respondents*, v. JAMES R. PIDGEON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clark County, No. 96-2-01795-1, Edwin L. Poyfair, J., entered October 24, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Bridgewater, C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 22761-4-II.   Division Two.   April 16, 1999.]

STEVEN GILLEN, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 94-2-03121-7, Wm. Thomas McPhee, J., entered November 21, 1997. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, A.C.J., and Hunt, J.

[No. 22772-0-II.   Division Two.   April 16, 1999.]

ALBERT C. SYKES, ET AL., *Respondents*, v. ELLENBURG CAPITAL CORPORATION, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-07725-4, Terry D. Sebring, J., entered December 5, 1997. *Affirmed in part* and *remanded* by unpublished opinion per Bridgewater, C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 22880-7-II.   Division Two.   April 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNY L. SINCLAIR, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 97-8-00125-4, Michael Sullivan, J. Pro Tem., entered February 2, 1998. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Morgan and Seinfeld, JJ.